1  Craig D. Webster
2  Federal Defenders of Eastern Washington & Idaho
   306 E. Chestnut Ave.
3  Yakima, WA 98901
   (509) 248-8920
4
   Attorney for Defendant
5  Silaz Elijah James

6

7                      UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF WASHINGTON
8                        The Honorable Mary K. Dimke
9

10 United States of America,

11                    Plaintiff,        No.  1:23-CR-2023-MKD

12       v.                             **Notice of Appearance**

13 Silaz Elijah James,

14
                      Defendant.
15

16       Please take notice that Craig D. Webster of the Federal Defenders
17
   of Eastern Washington and Idaho hereby enters his appearance as
18
19 counsel of record in this matter. All future correspondence and court

20 filings should be forwarded directly to the address listed above.

21
   //
22
23 //

24

25

   Notice of Appearance:  1

Dated: April 27, 2023.

By <u>s/ Craig D. Webster</u>
Craig D. Webster, 40064
Attorney for Silaz Elijah James
Federal Defenders of Eastern
Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
(509) 248-9118 fax
Craig_Webster@fd.org

## Certificate of Service

I hereby certify that on April 27, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Michael D. Murphy, Assistant United States Attorney.

<u>s/ Craig D. Webster</u>
Craig D. Webster